UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA POMEROY, ENOCH ANDERSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GREATBANC TRUST COMPANY, an ) <br> Illinois Corporation, CAPITAL MANAGEMENT ) <br> ASSOCIATES, an Illinois Corporation, ) <br> CHARLES J. DUSHEK, CHARLES S. ) <br> DUSHEK, ) <br> ) <br> Defendants. ) <br> ) | Case No.   14-cv-06162 <br><br> Honorable Milton I. Shadur <br><br> Magistrate Judge Maria Valdez |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, Patricia Pomeroy and Enoch Anderson, appeal to the United States Court of Appeals for the Seventh Circuit from this Court's December 16, 2014 Order (Doc. #33) granting Defendant GreatBanc Trust Company's Motion to Dismiss and this Court's March 2, 2015 Order (Doc. #49) denying Plaintiffs' Motion to Amend Judgment or for Leave to File an Amended Complaint.

Dated: March 9, 2015    **PATRICIA POMEROY and ENOCH ANDERSON**

/s/ John S. Burke

Vincent L. DiTommaso
Peter S. Lubin
John Auchter
DITOMMASO ♦ LUBIN, P.C.
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
 (630) 333-0000

John S. Burke
Jordan B. Dorrestein
HIGGINS & BURKE, P.C.
2560 Foxfield Road, Suite 200
St. Charles, IL 60174
(630) 762-9081

## **CERTIFICATE OF SERVICE**

  I, John S. Burke, an attorney, hereby certify that on the 9th day of March, 2015, I served a true and correct copy of the foregoing document on all ECF-registered counsel of record.

                /s/ John S. Burke