# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 18, 2015

| No. 15-1507 | PATRICIA POMEROY, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>GREATBANC TRUST COMPANY, et al.,<br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:14-cv-06162<br>Northern District of Illinois, Eastern Division<br>District Judge Milton I. Shadur ||

Upon consideration of the **MOTION TO VOLUNTARY DISMISSAL WITH PREJUDICE**, filed on May 15, 2015, by counsel for the appellant,

**IT IS ORDERED** that this appeal is **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit